CRIMINAL COMPLAINT

# United States District Court

DISTRICT OF ARIZONA

United States of America
v.

**William James LA ROCHE**
Year of Birth: 1951
Citizen of the United States of America

VICTIM

MAGISTRATE'S CASE NO.

**10-03118M**

Complaint for violation of Title 18  United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

That on or about February 2, 2010, at or near Tucson, in the District of Arizona, the defendant, WILLIAM JAMES LA ROCHE, threatened to shoot Manuel Jacobo, a United States Letter Carrier, with a shotgun while Carrier Jacobo was delivering the mail at 842 E. 10th Street, Tucson AZ, 85719, and thereby did intimidate and interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 1, 2010, the victim, United States Postal Letter Carrier M. J. was on duty, wearing his United States Postal Service uniform, delivering mail at the apartment complex located at 824 E. 10th Street, Tucson AZ., when he was approached by one of the residents identified as William James La Roche. Upon inspecting his mail, La Roche said to Letter Carrier M.J., "you know I have a shotgun in my house" then La Roche returned to his apartment. On February 2, 2010, while delivering mail at the multi unit collection box at the same address, Letter Carrier M. J. was again approached by Mr. La Roche. Upon inspecting his mail, La Roche made the following statement to Letter Carrier M.J., "I told you I have a shotgun and I am going to use it on you." La Roche said he was going to shoot Letter Carrier M.J. with his shotgun because he was not delivering all his mail. Letter Carrier M.J. left the area and reported the incident to his Supervisor.

On February 3, 2010, Postal Inspector Alan Anderson and I attempted to contact Mr. La Roche regarding the incident. We observed La Roche approach his apartment on a bike and exited our vehicle to speak with him. We were wearing our clearly marked ballistic vests and verbally identified ourselves as police. I told La Roche we wanted to speak with him, and he said, "oh no you don't" and ran towards his residence. Mr. La Roche ignored our directives and entered his apartment. We relocated to another location approximately a half block away.

A short time later, we arrested La Roche when he was observed riding his bike a block away. Prior to being interviewed, La Roche was read his constitutional rights by Tucson Police Officer Oscar Ramos and agreed to speak with investigators. La Roche was interviewed by Officer Ramos and Inspector Anderson and admitted he had threatened "Manny" his Letter Carrier telling him he was going to shoot him with a shotgun.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**Recommend Detention**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA Patrick Barry

SIGNATURE OF COMPLAINANT (official title)

David Birch

OFFICIAL TITLE
D.E. Birch
U.S. Postal Inspector

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE  2/4/10

[1] See Federal rules of Criminal Procedure Rules 3 and 54